1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #5118427
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FRANKIE CRUZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:24-cr-00094-DJC

12          Plaintiff,                 DEFENDANT FRANKIE CRUZ'S
                                       **UNOPPOSED** MOTION FOR EARLY
13  vs.                                TERMINATION OF SUPERVISED RELEASE;
                                       ORDER
14  FRANKIE CRUZ,
                                       Hon. Daniel J. Calabretta
15          Defendant.

16

17         Defendant Frankie Cruz, through his attorney, Assistant Federal Defender Christina M.

18  Corcoran, hereby moves this Court for early termination of his supervised release pursuant to 18

19  U.S.C. § 3583(e)(1). This motion is unopposed by all parties, including the United States

20  Probation Office and the Government.

21                          **PROCEDURAL HISTORY**

22         Mr. Cruz's 36-month term of supervision began on April 3, 2024.  ECF Dkt. # 2, at 2.

23  He has completed approximately 21 months of his 36-month term of supervision, and the U.S.

24  Probation Office believes he is not in need of further services.  Mr. Cruz also spent nearly six

25  years in compliance with the terms of his pretrial supervision, from September of 2017 through

26  his self-surrender date in 2023.  ECF Dkt. # 2, at 27 (D. Md, Dkt. # 28, Order Setting Conditions

27  of Release on 09/05/2017); D. Md. Case 8:17-cr-00300-TDC, Dkt. 151, at 3 (noting that the

28  Court granted a motion to extend Mr. Cruz's voluntary surrender date to Monday, May 8, 2023).

On June 7, 2017, Mr. Cruz was charged with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846, Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h), Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), and Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and (B)(i).  Pursuant to a plea agreement with the government, Mr. Cruz pleaded guilty to Conspiracy to Distribute and Possess Marijuana and Money Laundering Conspiracy. ECF Dkt. # 2, at 2-3.  On April 9, 2021, the Court sentenced Mr. Cruz to a term of 18-months, with three years of supervised release to follow. Dkt. # 2, at 4-5.

Mr. Cruz's three-year term of supervised release commenced on April 3, 2024, and on April 24, 2024, jurisdiction was transferred from the District of Maryland to the Eastern District of California.  ECF Dkt. # 1-2.

Over the last 20 months of supervision, Mr. Cruz has remained in compliance with all terms and conditions of his supervised release.  Undersigned counsel conferred with Adrian Garcia, Senior United States Probation Officer, who advised that he supports early termination for Mr. Cruz, noting that Mr. Cruz has been fully compliant with the terms of supervision and that that Probation has nothing further to offer him.  Counsel also contacted Fresno Branch Chief, Justin J. Gilio, who advised that the Government has no objection to early termination.

**LEGAL STANDARD**

Title 18, United States Code, Section 3583(e)(1) provides that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).  Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(1) (nature and circumstances of offense, and history and circumstances of defendant); 3553(a)(2)(b)(adequate deterrence to criminal conduct); 3553(a)(2)(C) (protect public from further crimes of defendant); (a)(2)(D)(provide needed training, care, or treatment); (a)(4) (kinds of sentence available); (a)(5) (policy statements); (a)(6) (avoid unwarranted disparities); and (a)(7) (restitution).

Termination of supervised release is not limited to cases of "exceptionally good behavior." *See United States v. Ponce*, 2022 U.S. App. LEXIS 726 (9th Cir. 2022) (rejecting the "exceptional behavior" rule as incorrect as a matter of law). Rather, the "district court enjoys discretion to consider *a* wide range of circumstances when determining whether to grant early termination." *Ponce*, 2022 U.S. App. LEXIS 726, at 5-6 (quoting United *States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) and 18 U.S.C. § 3583(e)(1)).

On February 16, 2012, the Honorable Robert Holmes Bell, Chair of the Committee on Criminal Law of the Judicial Conference, issued a memorandum to all United States District Court Judges encouraging them to grant early termination of supervised release in appropriate cases as an effort to reduce expenditures in the probation and pretrial services programs. Terminating "appropriate cases before they reach their full term saves resources and allows officers to focus on offenders who continue to pose the greatest risk of recidivism."

**FACTUAL BASIS SUPPORTING MOTION**

The parties agree that Mr. Cruz qualifies for early termination of his supervision under title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Mr. Cruz was 41 years old at the time of his original offense and had no prior criminal history or any involvement with substance abuse. PSR at 3, ¶¶ 29-31. His wife was his codefendant. PSR ¶¶ 7-13. They were convicted of driving marijuana cross country and laundering the proceeds approximately ten years ago. *Id.* Mr. Cruz and his wife have three autistic children who require ongoing care at home. PSR ¶¶ 51, 53. The District of Maryland staggered Mr. Cruz and his wife's sentences on the basis of childcare needs. Upon Mr. Cruz's release, he took over primary care of his son, while his wife took over primary care of her two children.

As noted above, in recognition of Mr. Cruz's track record of compliance under supervision and his lack of need for services, Senior United States Probation Officer Adrian

1    Garcia supports and recommends the early termination of Mr. Cruz's supervision.  The

2    government, likewise, does not oppose early termination.   Through Mr. Cruz's 21 months on

3    supervised release and nearly six years on pretrial supervision, Mr. Cruz has demonstrated that

4    he is more than capable of living a law-abiding life and being a productive member of society.

5    Further supervised release is not necessary to protect the public. As such, termination of his

6    supervision at this time will allow the Probation Office to focus its resources on offenders who

7    continue to pose the greatest risk of recidivism.

8                                    **IV.    CONCLUSION**

9           Based on the foregoing, Mr. Cruz respectfully requests that this Court grant his

10   unopposed motion for early termination of supervised release.

11                                                  Respectfully submitted,

12                                                  HEATHER E. WILLIAMS
                                                    Federal Defender
13
     Date: January 7, 2026                          */s/ Christina M. Corcoran*
14                                                  CHRISTINA M. CORCORAN
                                                    Assistant Federal Defender
15                                                  Attorney for Defendant
                                                    FRANKIE CRUZ
16

17

18                                       **<u>ORDER</u>**

19          Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Frankie Cruz's

20   term of supervised release.  IT IS SO ORDERED.

21

22   Dated:  January 7, 2026                    /s/ Daniel J. Calabretta

23                                              THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Cruz – Unopposed Motion for Early Termination of Supervised Release